UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY A. WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 03-cv-4184-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Corey A. Williams's ("Williams") Rule 60(b) motion for relief from judgment (Doc. 25). The court entered judgment (Doc. 11) on August 11, 2004, denying denied Williams's motion under 28 U.S.C. § 2255. In his current motion, Williams reargues one of the issues he raised in his original petition.

A Rule 60(b) motion that advances a new ground for relief from a conviction or attacks the Court's prior resolution of a ground for relief on the merits is a successive petition. *See Gonzalez v. Crosby*, 125 S. Ct. 2641, 2648 (2005); *see United States v. Scott*, 414 F.3d 815, 816 (7th Cir. 2005) (considering post-judgment Rule 6(e) motion). However, a Rule 60(b) motion that does not assert or reassert claims of error in the conviction is not a successive petition but a genuine Rule 60(b) motion. *Gonzalez*, 125 S. Ct. at 2651; *see Scott*, 414 F.3d at 816. Despite Williams's protestations to the contrary, his pending motion reasserts a ground for relief – improper jury composition – that the Court decided on the merits in its order denying his § 2255 petition and is therefore a successive petition under the rule of *Gonzalez*. In order for this Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify the successive petition pursuant to 28 U.S.C. § 2255, ¶ 8. *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). The Court of Appeals has not made such a certification. Therefore, the Court

does not have jurisdiction to consider Williams's Rule 60(b) motion (Doc. 25) and **DISMISSES** it for **lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED:  June 19, 2006**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**