UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY A. WILLIAMS<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 03-cv-4184-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Corey A. Williams's ("Williams") motion for a certificate of appealability (Doc. 27). Williams wishes to appeal the Court's dismissal of his Rule 60(b) motion as an unauthorized successive petition. A § 2255 petitioner may not proceed on appeal without a certificate of appealability. 28 U.S.C. § 2253(c)(1); *see Ouska v. Cahill-Masching*, 246 F.3d 1036, 1045 (7th Cir. 2001). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Tennard v. Dretke*, 542 U.S. 274, 282 (2004); *Ouska*, 246 F.3d at 1045. To make such a showing, the petitioner must "demonstrate that reasonable jurists could debate whether [the] challenge in [the] habeas petition should have been resolved in a different manner or that the issue presented was adequate to deserve encouragement to proceed further." *Ouska*, 246 F.3d at 1046; *accord Tennard*, 542 U.S. at 282; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (certificate of appealability should issue if the petitioner demonstrates "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.") The Court finds that Williams has not made such a showing and, accordingly, **DENIES** Williams's motion for a certificate of appealability (Doc. 27).

**IT IS SO ORDERED.**
**DATED:  August 23, 2006**

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT
                                                          DISTRICT JUDGE**