UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY A. WILLIAMS<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 03-cv-4184-JPG |

**MEMORANDUM AND ORDER**

    This matter comes before the Court on petitioner Corey A. Williams's ("Williams") motion for a certificate of appealability (Doc. 27).  Although the Court has denied the motion, in light of the substance of the motion, which clearly evinces an intent to appeal the Court's denial of Williams's Rule 60(b) motion, the Court **CONSTRUES** the motion as a notice of appeal filed the date of its original filing and **DIRECTS** the Clerk of Court to docket it accordingly.

**IT IS SO ORDERED.**
**DATED:  October 27, 2006**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**